# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.  Case No. 3:94 cr 223 (PCD)

WILLIAM MENDEZ

ORDER RE: REDUCTION OF SENTENCE RE: CRACK COCAINE OFFENSE

Defendant's sentence reflected accommodation of the November 1, 2007 USSG amendment to the crack cocaine guideline and is therefore not subject to further downward departure.

SO ORDERED.

Dated at New Haven, Connecticut, March 11, 2008.

/s/ _____
Peter C. Dorsey, Senior
United States District Judge